## CEDAR CREST CONDOMINIUM ASSOCIATION, INC.
### *v.* LAILA ABOU-SAIF ET AL.
### (AC 27007)

Bishop, DiPentima and Lavine, Js.

Argued May 31—officially released July 18, 2006

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

## EDWARD ASBERRY *v.* COMMISSIONER OF CORRECTION
### (AC 26214)

Bishop, Rogers and West, Js.

Argued June 1—officially released July 18, 2006

Per Curiam. The appeal is dismissed.